IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MATILDA WELLS, | ) |
|    Plaintiff, | ) ) ) |
| v. | ) ) CIVIL ACT. NO. 2:22-cv-516-ECM ) (WO) |
| LEVERN COHEN, Warden, Regional Correctional Institution, | ) ) ) |
|    Defendant. | ) ) |

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered in this case on this day, it is the

ORDER, JUDGMENT and DECREE of the Court that this case is DISMISSED without prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to FED. R. CIV. P. 58.

DONE this 21st day of August, 2023.

                      /s/ Emily C. Marks
                      EMILY C. MARKS
                      CHIEF UNITED STATES DISTRICT JUDGE